

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Robert Yurik, Appellant

No. 06-15-00026-CV     v.

Ernestine Phillips, Appellee

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 80896). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant pay all costs of this appeal.

RENDERED SEPTEMBER 17, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk